UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC STATES INDUSTRIES, INC., et al.,<br><br>  Defendants. | Case No. 15-cv-01482-JD<br><br>**ORDER CONDITIONALLY DISMISSING CASE**<br><br>Re: Dkt. No. 56 |

The Court is advised that the parties have settled.  Dkt. No. 56.  Consequently, the Court dismisses this case without prejudice.  If any party certifies to the Court by **February 26, 2016** that the agreed consideration for the settlement of this action has not been delivered, this order will be vacated and the case will be set for a case management conference.  If no certification is filed by February 26, 2016, the dismissal will be with prejudice after that date.

**IT IS SO ORDERED.**

Dated: December 14, 2015

_____
JAMES DONATO
United States District Judge